IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2008

Charles R. Fulbruge III
Clerk

No. 08-10497
Summary Calendar

LARRY DENTON, on behalf of Sandin Denton, minor

Plaintiff - Appellant

v.

MICHAEL J ASTRUE, COMMISSIONER OF SOCIAL SECURITY

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
2:04-CV-331

Before SMITH, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Larry Denton, on behalf of his minor son, Sandin Denton, seeks review of the district court judgment affirming the Commissioner of Social Security's decision that Sandin Denton is not disabled and therefore not entitled to Supplemental Security Income payments under Sections 1602 and 1614(a)(3)(C) of the Social Security Act. After a review of the briefs, the record, and the applicable law, we find no reversible error. Essentially for the reasons stated in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the report and recommendation of the magistrate judge, which was adopted by the district court, the judgment is AFFIRMED.